AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Missouri

| | |
|---|---|
| Phillip Lewis Yeager, Pro se ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. |
| CACH LLC ) | |
| *Defendant* ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  CACH LLC
Serve at:
c/o The Corporation Company
1675 Broadway, Ste 1200
Denver, CO 80202

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Phillip Lewis Yeager
3308 Hopkins Road
Farmington, MO 63640

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____12/14/2012_____       _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  CACH, LLC

was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
для
Eastern District of Missouri

| | |
|---|---|
| Phillip Lewis Yeager, Pro Se  )  <br> *Plaintiff* ) <br> v. ) <br> CACH, LLC, et.al. ) <br> *Defendant* ) | Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* CA HOLDING, INC
c/o THE CORPORATION TRUST COMPANY
CORPORATION TRUST CENTER
1209 ORANGE ST
WILMINGTON, DE 19801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Phillip Lewis Yeager
    3308 Hopkins Road
    Farmington, MO 63640

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

                                         *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   CA HOLDING, INC

was received by me on *(date)*                              .

☐ I personally served the summons on the individual at *(place)*

on *(date)*                          ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

, a person of suitable age and discretion who resides there,

on *(date)*                , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)*                                    , who is

designated by law to accept service of process on behalf of *(name of organization)*

on *(date)*                          ; or

☐ I returned the summons unexecuted because                                    ; or

☐ Other *(specify)*:


My fees are $            for travel and $            for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

*Server's signature*

*Printed name and title*

*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Missouri

| | | |
|---|---|---|
| Phillip Lewis Yeager, Pro Se | ) | |
| *Plaintiff* | ) ) | |
| v. | ) | Civil Action No. |
| CACH, LLC, et.al. | ) ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  EVANS & DIXON, LLC
c/o MARK KORNBLUM
211 N BROADWAY, SUITE 2500
ST LOUIS, MO 63102


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

>Phillip Lewis Yeager
>3308 Hopkins Road
>Farmington, MO 63640

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____         _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    EVANS & DIXON, LLC

was received by me on *(date)*    .

☐ I personally served the summons on the individual at *(place)*

     on *(date)*    ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

     , a person of suitable age and discretion who resides there,

on *(date)*    , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)*    , who is designated by law to accept service of process on behalf of *(name of organization)*

     on *(date)*    ; or

☐ I returned the summons unexecuted because    ; or

☐ Other *(specify)*:

My fees are $    for travel and $    for services, for a total of $    0.00   .

I declare under penalty of perjury that this information is true.

Date:                                                       *Server's signature*

                                                      *Printed name and title*

                                                      *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Missouri

| | | |
|---|---|---|
| Phillip Lewis Yeager, Pro Se | ) | |
| *Plaintiff* | ) ) | |
| v. | ) | Civil Action No. |
| CACH, LLC, et.al. | ) ) | |
| *Defendant* | ) ) | |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  WALLY PANKOWSKI
                                            EVANS & DIXON, LLC
                                            211 N BROADWAY, SUITE 2500
                                            ST LOUIS, MO 63102

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
                       Phillip Lewis Yeager
                       3308 Hopkins Road
                       Farmington, MO 63640

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                                                         *CLERK OF COURT*

Date: _____    _____
                                                                          *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  WALLY PANKOWSKI

was received by me on *(date)*  _____ .

☐ I personally served the summons on the individual at *(place)*  _____
_____ on *(date)*  _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*  _____
_____ , a person of suitable age and discretion who resides there,
on *(date)*  _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)*  _____ , who is
designated by law to accept service of process on behalf of *(name of organization)*  _____
_____ on *(date)*  _____ ; or

☐ I returned the summons unexecuted because  _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Missouri

| | | |
|---|---|---|
| Phillip Lewis Yeager, Pro Se | ) | |
| *Plaintiff* | ) ) | |
| v. | ) | Civil Action No. |
| CACH, LLC, et.al. | ) ) | |
| *Defendant* | ) ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  RONALD DEAN ROBINSON
EVANS & DIXON, LLC
211 N BROADWAY, SUITE 2500
ST LOUIS, MO 63102


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Phillip Lewis Yeager
3308 Hopkins Road
Farmington, MO 63640


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.


*CLERK OF COURT*

Date: _____                     _____
                                                                         *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    RONALD DEAN ROBINSON

was received by me on *(date)* _____ .

    ❒ I personally served the summons on the individual at *(place)* _____

    on *(date)* _____ ; or

    ❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____

    _____ , a person of suitable age and discretion who resides there,

    on *(date)* _____ , and mailed a copy to the individual's last known address; or

    ❒ I served the summons on *(name of individual)* _____ , who is

    designated by law to accept service of process on behalf of *(name of organization)* _____

    on *(date)* _____ ; or

    ❒ I returned the summons unexecuted because _____ ; or

    ❒ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date: _____

                                     *Server's signature*

                                     *Printed name and title*

                                     *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Missouri

| | |
|---|---|
| Phillip Lewis Yeager, Pro Se <br><br> *Plaintiff* <br> v. <br> CACH, LLC, et.al. <br><br> *Defendant* | ) ) ) ) ) ) ) ) ) Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   CHRISTOPHER DURSO
EVANS & DIXON, LLC
211 N BROADWAY, SUITE 2500
ST LOUIS, MO 63102

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Phillip Lewis Yeager
3308 Hopkins Road
Farmington, MO 63640

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
                              *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  CHRISTOPHER DURSO
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____                        _____
                                            *Server's signature*

                                            _____
                                            *Printed name and title*

                                            _____
                                            *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Missouri

| | | |
|---|---|---|
| Phillip Lewis Yeager, Pro Se | ) | |
| *Plaintiff* | ) ) | |
| v. | ) | Civil Action No. |
| CACH, LLC, et.al. | ) ) ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  TERRY ROTTLER
ROTTLER & HUELSKAMP, PC
296 MARKET STREET
STE GENEVIEVE, MO 63670

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Phillip Lewis Yeager
    3308 Hopkins Road
    Farmington, MO 63640

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____     _____
                                                                                            *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   TERRY ROTTLER

was received by me on *(date)*     .

    ☐ I personally served the summons on the individual at *(place)*

        on *(date)*   ; or

    ☐ I left the summons at the individual's residence or usual place of abode with *(name)*

        , a person of suitable age and discretion who resides there,

    on *(date)*   , and mailed a copy to the individual's last known address; or

    ☐ I served the summons on *(name of individual)*   , who is

    designated by law to accept service of process on behalf of *(name of organization)*

        on *(date)*   ; or

    ☐ I returned the summons unexecuted because   ; or

    ☐ Other *(specify)*:

    My fees are $   for travel and $   for services, for a total of $   0.00  .

    I declare under penalty of perjury that this information is true.

Date:

            *Server's signature*

            *Printed name and title*

            *Server's address*

Additional information regarding attempted service, etc: